**No. 45576.**—Protests 783755–G, etc., of Lamborn & Co., Inc. (Baltimore).

Opinion by EVANS, J.   On the records presented the protests were dismissed.

BEFORE THE FIRST DIVISION, MARCH 24, 1941

**No. 45577.**—Protests 32890–K, etc., of American Thermoware Co., Inc., et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45578.**—Protests 954382–G, etc., of Eimer & Amend (New York).

Opinion by TILSON, J.   On the authority of *United States* v. *Eimer* (28 C. C. P. A. 10, C. A. D. 117) the merchandise in question was held properly classified by the collector.

BEFORE THE SECOND DIVISION, MARCH 24, 1941

**No. 45579.**—Protests 620275–G, etc., of John H. Faunce, Inc., et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 24, 1941

**No. 45580.**—Protest 40473–K of Dritz-Traum Co., Inc. (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claims made. On the record presented the protest was overruled.

**No. 45581.**—Protests 16992–K, etc., of Quong Mee Yuen & Co. et al. (New York).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held free of duty under paragraph 1669 and drugs, sliced, were held dutiable at 10 percent under paragraph 34.